UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BURDEN, an individual<br><br>Plaintiffs<br><br>vs.<br><br>CALIFORNIA RECONVEYANCE COMPANY, a corporation, ALAW a corporation, CHASE HOME FINANCE, LLC, a limited liability company, U.S. BANK NATIONAL ASSOCIATION, as Trustee for J.P. Morgan Acquisition Trust 2006-NCI, Asset Backed Pass-Through Certificates, Series 2006-NCI, NEW CENTURY MORTGAGE CORPORATION, a corporation and DOES 1 THROUGH 50 INCLUSIVE,<br><br>Defendants. | CASE NO. 1:15-cv-00314−LJO−SKO<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  December 29, 2014 |

Upon consideration of the ex parte application submitted in this matter, the request of Defendant U.S. Bank National Association, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates, Series 2006-NC1,

to extend the time in which to respond to the initial complaint by twenty-one days to March 26, 2015, is hereby GRANTED.

ORDER

IT IS SO ORDERED.

Dated:   **March 9, 2015**                                         **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE